IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00244-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NICOLE PULLER,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment.  The Court having reviewed said Motion FINDS:

THAT a Preliminary Order of Forfeiture was entered on January 17, 2007;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. §982, incorporating 21 U.S.C.§853(n);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §982;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. §982, free from the claims of any other party:

    a. 2005 GMC Yukon Denali XL, VIN 1GKFK66U65J168877, and

    b. $3,200 in United States Currency.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 13th day of September, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge