IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Action No. 06-cr-00244-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  NICOLE PULLER,

    Defendant.

---

### ORDER TO DISMISS COUNTS AND AWARD DEFENDANT AN OFFENSE LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY

---

Upon consideration of the Government's Amended Motion, and for good cause shown, it is hereby

ORDERED that other than Counts 3, 32, and 47 as to which the Defendant has pled guilty and been sentenced, all remaining counts in the Second Superseding Indictment be dismissed as to the Defendant.

ORDERED that based on the Government's Motion pursuant to USSG §3E1.1, the Defendant is awarded a three level offense level reduction for full acceptance of responsibility.

DATED this 13th day of April, 2007.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          CHIEF UNITED STATES DISTRICT JUDGE
                                          DISTRICT OF COLORADO